UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MUBARAK MOHAMED MOALLIN,**

    **Plaintiff,**

    v.

                              **Case No. 2:24-cv-3977**
                              **Judge Edmund A. Sargus, Jr.**
                              **Magistrate Judge Kimberly A. Jolson**

**MARC D. DILLARD,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Complaint (ECF No. 6). The Parties move this Court to hold all litigation in this case in abeyance for until March 20, 2025, or approximately 90 days, to allow time for the Department of State to adjudicate the visa applications of Plaintiff's children. (*Id.*, PageID 41.) The Parties advise that adjudication of their applications "will satisfy Plaintiff's claim in the above-captioned case and thus render this action moot." (*Id.*, PageID 43.)

The Court finds that the Parties seek a stay for purposes that serve the interests of all parties and the interest of judicial economy. The Court **GRANTS** the Joint Motion to Stay Complaint (ECF No. 6) and **ORDERS** that all litigation in this matter is **STAYED until March 20, 2025**. Any of the parties may, at any time, move this Court to lift the stay for good cause. Further, the Court **ORDERS** the Parties to file notice with this Court **on or before March 20, 2025** informing the Court of the status of the adjudications. This case remains open.

    IT IS SO ORDERED.

**12/6/2024**　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**