**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MUBARAK MOHAMED MOALLIN,**

      **Plaintiff,**

     v.

      Case No. 2:24-cv-3977
      Judge Edmund A. Sargus, Jr.
      Magistrate Judge Kimberly A. Jolson

**MARC D. DILLARD,** *et al.***,**

      **Defendants.**

## ORDER

This matter is before the Court on the Parties' Joint Notice of Status of the Adjudications Pursuant to Order, ECF No. 7, and Joint Request for Extension of Stay. (ECF No. 8.) On December 3, 2024, the Parties filed a Joint Motion to Stay Complaint. (ECF No. 6.) On December 6, 2024, the Court stayed all litigation in this matter until March 20, 2025. (ECF No. 7.) The Court also ordered the Parties to file notice with the Court on or before March 20, 2025 regarding the status of the case. (*Id.*) On March 21, 2025, the Parties filed this Joint Notice advising that they are progressing toward a resolution of the matter and requesting an extension of the stay for an additional sixty days. (ECF No. 8.)

For good cause shown, the Court **GRANTS** the Joint Notice of Status of the Adjudications Pursuant to Order, ECF No. 7, and Joint Request for Extension of Stay. (ECF No. 8.) The Court **ORDERS** that all litigation in this matter is **STAYED until May 23, 2025**. Any of the Parties may, at any time, move this Court to lift the stay for good cause. Further, the Court **ORDERS** the Parties to file notice with this Court **on or before May 23, 2025** informing the Court of the status of the adjudications.

This case remains open.

IT IS SO ORDERED.

3/24/25

DATE

/s/ Edmund A. Sargus, Jr.

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE