UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MUBARAK MOHAMED MOALLIN,**

    **Plaintiff,**

  v.

**MARC D. DILLARD,** *et al.*,

    **Defendants.**

**Case No. 2:24-cv-3977**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay. (ECF No. 10.) On December 3, 2024, the Parties filed a Joint Motion to Stay Complaint. (ECF No. 6.) On December 6, 2024, the Court stayed all litigation in this matter until March 20, 2025. (ECF No. 7.) The Parties jointly requested an extension of the stay (ECF No. 8), and the Court extended the stay until May 23, 2025 (ECF No. 9). On May 23, the Parties moved the Court to stay the case again until July 25, 2025. (ECF No. 10, PageID 54.) The Parties represent that they need more time to complete the interviews and processes necessary to re-adjudicate the visa applications in question.

For good cause shown, the Court **GRANTS** the Joint Motion to Stay. (ECF No. 10.) The Court **ORDERS** that all litigation in this matter is **STAYED until July 25, 2025**. Any of the Parties may, at any time, move this Court to lift the stay for good cause. Further, the Court **ORDERS** the Parties to a status report with this Court **on or before July 25, 2025** informing the Court of the status of the adjudications. This case remains open.

    **IT IS SO ORDERED.**

**5/27/2025**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**