UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MUBARAK MOHAMED MOALLIN,**

    **Plaintiff,**

    v.

**MARC D. DILLARD,** *et al.*,

    **Defendants.**

Case No. 2:24-cv-3977
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay. (ECF No. 14.) On December 3, 2024, the Parties filed a Joint Motion to Stay Complaint. (ECF No. 6.) On December 6, 2024, the Court stayed all litigation in this matter until March 20, 2025. (ECF No. 7.) After multiple stay extensions (ECF Nos. 9, 11), the Court granted another extended stay until August 25, 2025. (ECF No. 13.) The Parties now move to extend the stay until October 24, 2025, to allow more time for administrative processing of pending visa applications and related assessments. (ECF No. 14, PageID 70–71.)

For good cause shown, the Court **GRANTS** the Joint Motion to Stay. (ECF No. 14.) The Court **ORDERS** that all litigation in this matter is **STAYED until October 24, 2025**. Any Party may, at any time, move to lift the stay for good cause. Further, the Court **ORDERS** the Parties to file a status report with this Court **on or before October 24, 2025** informing the Court of the status of the adjudications.

    **IT IS SO ORDERED.**

**8/27/2025**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**