## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MUBARAK MOHAMED MOALLIN,**

     **Plaintiff,**

                                   **Case No 2:24-cv-3977**

    **v.**                               **Judge Edmund A. Sargus, Jr.**

                                   **Magistrate Judge Kimberly A. Jolson**

**MARC D. DILLARD,** *et al.,*

     **Defendant.**

## <u>ORDER</u>

This matter is before the Court on the Parties' Joint Motion to Stay (ECF No. 17) the case for an additional 60 days. On December 3, 2024, the Parties filed a Joint Motion to Stay Complaint. (ECF No. 6.) The Court stayed all litigation in this matter until March 20, 2025. (ECF No. 7.) After multiple extensions (ECF Nos. 9, 11, 13), the Court granted another extended stay until October 24, 2025. (ECF No. 15.) Additionally, the case was stayed until November 12, 2025, due to the lapse of congressional appropriations funding from the federal government. (S.D. Ohio Am. General Order 25-04.) The Parties now move to extend the stay until February 2, 2026, to allow more time for administrative processing of pending visa applications. (ECF No. 17, PageID 75.)

For good cause shown, the Court **GRANTS** the Joint Motion to Stay. (ECF No. 17.) The Court ORDERS that all litigation in this matter is **STAYED until February 2, 2026**. Any Party may, at any time, move to lift the stay for cause. Further, the Court **ORDERS** the Parties to file a status report on or before **February 2, 2026** informing the Court of the status of the adjudications.

    **IT IS SO ORDERED.**

**12/1/2025**                          **s/Edmund A. Sargus, Jr.**
**DATE**                                **EDMUND A. SARGUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**